FILED
AUG - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KELVIN ANDERSON #16924-076,

                Plaintiff,

vs.

Case No: 06 1402

FEDERAL BUREAU OF PRISONS
(Federal Prison Industries),

                Respondent,

REQUEST TO PROCEED IN FORMA PAUPERIS FOR SOLE PURPOSE OF RECEIVING IN-
JUNCTIVE RELIEF IN THE FORM OF A DECLARATORY JUDGMENT

    Comes Now Kelvin Anderson Plaintiff, who is acting without the assistance of counsel, respectfully requests Leave to Proceed on his request for a Declaratory Judgment, under in forma pauperis status. REASONS for this request are as follows:

    1. Plaintiff does not have the funds to pay his filing fee.

    2. Plaintiff has been incarcerated for several years and has no funds, money accounts, or securities in which to utilize to prosecute this action.

    3. Movant has been paying 50% of his monthly pay towards a large restitution Order issued by a federal district court pertaining to his offense of conviction, thus, Plaintiff has not been able to save any funds within his inmate account.

    4. Attached is a copy of the Plaintiffs Inmate account for the last (6) months.

    WHEREFORE, Plaintiff respectfully requests leave to proceed in forma pauperis.

Kelvin Anderson #16924-076
F.C.I. - Memphis
P.O. Box 34550
Memphis, Tenn.  38184

RECEIVED
JUL 21 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

2