UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN ANDERSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　Defendant. | Civil Action No.  06-1402 (HHK) |

### ORDER

_____Defendant has filed a motion to dismiss the case for lack of jurisdiction.  Plaintiff is proceeding *pro se*.  The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.  If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case.  *See  Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).   Accordingly, it is

　　　**ORDERED** that plaintiff shall respond to the motion to dismiss within 30 days of this Order.  If plaintiff does not respond by that date, the Court may treat the motion as conceded.

　　　　　　　　　　　　　　　　　　　　_____/s_____
　　　　　　　　　　　　　　　　　　　　HENRY H. KENNEDY, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: 11-27-06