```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

KELVIN ANDERSON,              )
                              )
         Plaintiff,           )
                              )
     v.                       ) Civil Action No. 06-1402 HHK
                              )
UNITED STATES BUREAU          )
 OF PRISONS,                  )
                              )
         Defendant.           )
                              )
```

## NOTICE OF NON-FILING OF REPLY MEMORANDUM

Defendant has filed a motion to dismiss this case, and the plaintiff has filed a response. Defendant does not believe that there are any matters in the response that require a reply from defendant, and defendant will not be filing a reply. The motion to dismiss is, therefore, ready for resolution by the Court.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney
                              /s/
                        FRED E. HAYNES,  D.C. Bar #165654
                        Assistant United States Attorney
                        555 Fourth Street, N.W., Rm. E-4110
                        Washington, D.C.  20530
                        (202) 514-7201

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2007, a copy of the foregoing notice of non-filing of a reply was served by first-class mail, postage prepaid, on:

>Kelvin Anderson
>#16924-076
>Memphis F.C.I.
>POB 34550
>Memphis, TN 38184

>　　　　　　　　/s/
>FRED E. HAYNES, D.C. Bar #165654
>Assistant United States Attorney
>555 Fourth Street, N.W., Rm. E-4110
>Washington, D.C.  20530
>(202) 514-7201