UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN ANDERSON,**<br><br>    Plaintiff,<br><br>        v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br><br>    Defendant. | Civil Action No.  06-01402 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 17th day of September, 2007, hereby

**ORDERED** and **ADJUDGED** that the complaint is dismissed and judgment is entered in favor of defendant.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Court