IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KELVIN ANDERSON,

    Plaintiff,

vs.   Civil Action No. 06-01402(HHK)

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

### MOTION FOR RECONSIDERATION
### PURSUANT TO RULE 59(e) Fed.R.Civ.P.

Paintiff is hereby respectfully requesting that this Court's Order dismissing the matter for lack of jurisdiction be reconsider to the extent that this court forward the matter to the appropiate District Court having Subject Matter Jurisdiction over the case. Petitioner is a pro se plaintiff laking any knowledge of the complexity of the Federal Court system. Therefore, in interest of justice, and in econonic of judicial resources, plaintiff respectfully request that this matter be reconsider and transferred to the appropriate District Court having jurisdiction over the complaint.

Respectfully submitted,

*/s/ Kelvin Anderson*
Kelvin Anderson, **pro se.**

### CERTIFICATE OF SERVICE

I, Kelvin Anderson, is hereby declaring under the penalty of perjury under the laws of the United States of America, as codified within title 28, U.S.C. 1746, that a copy of the foregoing was mailed to the opposite party; **Rudolph Contreras,** AUSA, 555 Fourth St. N.W. Washington, DC 20530 (Room #4110). By depositing said in the legal mail room located in this institution, first class pre-paid postages, U.S. Postal Service. On September 28, 2007.

*/s/ Kelvin Anderson*
Kelvin Anderson.