UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1402 HHK |
| | ) |
| UNITED STATES BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION
FOR RECONSIDERATION OF THE COURT'S DECISION

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, plaintiff has filed a motion for reconsideration of the Court's September 17, 2007, memorandum opinion and order dismissing this case because there was no waiver of the United States' sovereign immunity that permitted the case to go forward. Plaintiff's motion for reconsideration misunderstands the implications of the Court's dismissal. He asks the Court to transfer the case to a District Court that would have jurisdiction over the case. The problem for plaintiff is that there is no District Court that has jurisdiction, given the fact that there has been no waiver of sovereign immunity. The motion for reconsideration should be denied.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

```
                /s/
FRED E. HAYNES,  D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Rm. E-4110
Washington, D.C.  20530
(202) 514-7201
```

Case 1:06-cv-01402-HHK   Document 16   Filed 01/03/2008   Page 2 of 3

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

KELVIN ANDERSON,                )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 06-1402 HHK
                                )
UNITED STATES BUREAU            )
 OF PRISONS,                    )
                                )
          Defendant.            )
_____)

## ORDER

Upon consideration of plaintiff's motion for reconsideration of the Court's September 17, 2007, order dismissing this case and the opposition thereto filed by defendant, it is hereby

ORDERED that plaintiff's motion for reconsideration is denied.  This is a final, appealable order.


                              UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and to counsel for defendant