UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELVIN ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action 06-1402 (HHK) |

ORDER

Plaintiff, an inmate proceeding *pro se*, submitted a motion to the court entitled "Motion for Reconsideration Pursuant to Rule 59(e) Fed. R. Civ. P" [#14]. Plaintiff seeks reconsideration of the court's September 17, 2007 opinion and order granting defendant's motion to dismiss for lack of subject matter jurisdiction [#12, #13], and requests that the court "forward the matter to the appropriate District Court having Subject Matter Jurisdiction over the case." Because the court granted defendant's motion to dismiss based on a finding of no waiver of sovereign immunity, the court concludes that plaintiff's motion must be **DENIED**. Accordingly, it is this 4th day of January, 2008, hereby

  **ORDERED** that plaintiff's motion for reconsideration [#14] is **DENIED**; and it is further

  **ORDERED** that defendant's "Motion for Leave to File the Lodged Memorandum in Opposition to Plaintiff's Motion" [#15] is **DENIED** as moot.

                  Henry H. Kennedy, Jr.
                  United States District Judge